JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| TAN MINH TRAN, | Case No. 5:26-cv-00266-WLH-DFM |
| Petitioner, | |
| v. | **JUDGMENT** |
| MARK BOWEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge, it is **ADJUDGED** that:

1.	The Petition for Writ of Habeas Corpus is **GRANTED**.

2.	Respondent and his officers, agents, employees, attorneys, and persons acting on his behalf or in concert therewith are **ENJOINED** from further detaining Petitioner unless and until he is provided proper due process necessary for the revocation of an Order of Supervision.

Date: June 29, 2026

_____

HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE

2